# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 17-0396 |
| VS. | : | JUDGE ROBERT G. JAMES |
| WILLIE CHARLES KENNEDY AND BARBARA W. KENNEDY | : | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Defendants' motions: 1) to dismiss for lack of subject matter jurisdiction, Fed.R.Civ.P. 12(b)(1); for failure to state a claim upon which relief can be granted, Fed.R.Civ.P. 12(b)(6); or alternatively stay the action [Doc. No. 9]; and 2) to stay procedures for 180 days and to remand the matter to an administrative law judge for hearing [Doc. No. 21] are hereby DENIED.

MONROE, LOUISIANA, this 25th day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE