UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 17-0396 |
| VERSUS | : | JUDGE ROBERT G. JAMES |
| WILLIE CHARLES KENNEDY AND BARBARA W. KENNEDY | : | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 6] filed by the United States of America, acting on behalf of the Farmers Home Administration, now known as the Farm Services Agency, is GRANTED. Judgment is rendered in favor of the United States of America against Defendants Willie Charles Kennedy and Barbara W. Kennedy, *in rem*, and for recognition and maintenance of the Mortgages.

IT IS FURTHER ORDERED that the United States file a proposed Judgment within fourteen (14) days. After reviewing the proposed judgment and the record, the Court will issue a Judgment *in Rem*.

MONROE, LOUISIANA, this 16th day of February, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE